**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:16-cv-20778-UU

MARDOLYN VESCOVI,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendant.
_____________________________________/

# NOTICE OF COURT PRACTICES

THIS CAUSE comes before the Court upon Notice of Settlement. D.E. 18.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised on the premises. Accordingly,

THE PARTIES are hereby notified that all papers related to the settlement reached between the parties, including any order of dismissal stating specific terms and conditions, must be filed by **Friday, July 8, 2016**. If such papers are not filed by this deadline, all pending claims will be dismissed without further notice. Within sixty days of such an order of dismissal, either party may petition the court to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

DONE AND ORDERED in Chambers in Miami, Florida, this _20th_ day of June, 2016.

UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf