**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:16-cv-20778-UU

MARDOLYN VESCOVI,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendant.
_______________________________________/

**ORDER**

THIS CAUSE came before the Court upon a *sua sponte* examination of the record.

THIS COURT has reviewed the pertinent portions of the record, and being otherwise fully advised in the premises. It is hereby

On June 20, 2016, this Court entered an Order regarding its Notice of Court Practices. D.E. 20. In the Order, the Court required that the parties file all papers related to the settlement reached between the parties by July 8, 2016, and if the papers were not filed, then all pending claims will be dismissed without further notice. *Id.* To date, the parties have not filed such papers related to the settlement. Accordingly, it is hereby

ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this _13TH_ day of July, 2016.

[signature]
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf